**John McMICKEN, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 41213.**

Court of Criminal Appeals of Texas.

May 8, 1968.

Rehearing Denied Oct. 16, 1968.

Ferguson & Busby, by, Donald L. Busby, Cleburne, Henrichson & Bates, by, James S. Bates, Edinburg, for appellant.

Robert M. Mahanay, Dist. Atty., Cleburne, and Leon B. Douglas, State's Atty., Austin, for the State.

OPINION

DICE, Judge.

The conviction is for burglary; the punishment, ten years.

This is a companion case to McKnight v. State, Tex.Cr.App., 432 S.W.2d 69, this day decided.

The two grounds of error relied upon by appellant are the same as those overruled by this court in the opinion affirming the conviction in McKnight v. State, supra.

For the reasons heretofore stated, the judgment is affirmed.